| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard E. Stanton<br>136 N. A Street.<br>Tustin, CA 92780<br>(760) 717-8556 | **FILED**<br>MAY - 4 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☒ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Richard E. Stanton<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-11453<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 4/23/2018        Richard E. Stanton                    _[signature]_
                       Printed name of Debtor 1              Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                      Page 1                       F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                       Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     F 1002-1.EMP.INCOME.DEC

# Earnings Statement

**Durham D&M LLC**
2601 Navistar Drive
Lisle IL 60532

CO   FILE #   006454-006454
PCSDGY 000260022
Loc:  Santa Ana, CA
Dept: Santa Ana Drivers & Aides

Page 001 of 001
Period Beginning:  01/12/2018
Period Ending:     01/25/2018
Advice Date:       02/02/2018
Advice Number:     0721386228
Batch Number:      180130DGY075

Marital Status: Married

Exemptions/Allowances:
  Federal: 03   $0.00
  CA:      03   $0.00

Stanton, Richard E
136 North A St
Tustin, CA 92780

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Safety Acc Mtg | | | 0.00 | 17.80 |
| Standby Cover | | | 0.00 | 63.73 |
| Sick Hours | | | 0.00 | 252.76 |
| ROP Hours | | | 0.00 | 2513.12 |
| Retention Bonu | | | 89.00 | 89.00 |
| **Gross Pay** | | | **89.00** | **2936.41** |

| Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Federal Tax | 19.58 | 80.05 |
| Medicare | 1.29 | 42.58 |
| Social Security | 5.52 | 182.06 |
| CA State Tax | 9.10 | 9.10 |
| CA Disability | 0.89 | 29.36 |
| Total Tax Deductions | 36.38 | 343.15 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Additional Deductions | | |
| Union Local 952 | 0.00 | 90.00 |
| Total Addl Deds | 0.00 | 90.00 |
| Net Pay | 52.62 | 2503.26 |

**Accruals Summary**
Sick   2.00

**Message:**

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX9020 | 52.62 |
| Net Check | | | 0 |

---



**Durham D&M LLC**
2601 Navistar Drive
Lisle IL 60532

Advice Number: 0721386228
Advice Date: 02/02/2018

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Stanton, Richard E | Checking XXXXXX9020 | 122000247 | $52.62 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



# Earnings Statement

```
CO    FILE #       006453-006453
PCSDGY 000260022
Loc:  Santa Ana, CA
Dept: Santa Ana Drivers & Aides

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532
```

Period Beginning: 01/12/2018
Period Ending:    01/25/2018
Advice Date:      02/02/2018
Advice Number:    0721429969
Batch Number:     180130DGY075

Page 001 of 001

Marital Status: Married

Exemptions/Allowances:
  Federal: 03    $0.00
  CA:      03    $0.00

Stanton, Richard E
136 North A St
Tustin, CA 92780

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Safety Acc Mtg | | | 0.00 | 17.80 |
| Standby Cover | | | 0.00 | 63.73 |
| Sick Hours | | | 0.00 | 252.76 |
| ROP Hours | 20.30 | 61.33 | 1245.07 | 2513.12 |
| Gross Pay | | | 1245.07 | 2847.41 |

| Tax Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Social Security | | | 77.19 | 176.54 |
| Federal Tax | | | 32.20 | 60.47 |
| CA Disability | | | 14.05 | 28.47 |
| Medicare | | | 18.06 | 41.29 |
| Total Tax Deductions | | | 141.50 | 306.77 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Union Local 952 | 45.00 | 90.00 |
| Total Addl Deds | 45.00 | 90.00 |
| Net Pay | 1058.57 | 2450.64 |

Accruals Summary
Sick                                2.00

**Message:**

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX9020 | 1058.57 |
| Net Check | | | 0 |

---



Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

Advice Number: 0721429969
Advice Date:   02/02/2018

**Deposited to the account of**    **Account Number**    **Transit ABA**    **Amount**
Stanton, Richard E                  Checking XXXXXX9020   122000247          $1058.57

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**



# Earnings Statement

```
CO     FILE #
PCSDGY 000260022    096497-096497
Loc:  Santa Ana, CA
Dept: Santa Ana Drivers & Aides
```

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

|  |  |
|---|---|
| Period Beginning: | 01/26/2018 |
| Period Ending: | 02/08/2018 |
| Advice Date: | 02/16/2018 |
| Advice Number: | 0725180833 |
| Batch Number: | 180213DGY071 |

Page 001 of 001

Marital Status: Married

Exemptions/Allowances:
    Federal: 03        $0.00
    CA:      03        $0.00

Stanton, Richard E
136 North A St
Tustin, CA 92780

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Safety Acc Mtg Hrs | | | 0.00 | 17.80 |
| Standby Cover Hrs | | | 0.00 | 63.73 |
| Retention Bonus | | | 0.00 | 89.00 |
| Sick Hours | | | 0.00 | 252.76 |
| ROP Hours | 20.30 | 67.64 | 1373.19 | 3886.31 |
| Gross Pay | | | 1373.19 | 4309.60 |

| Tax Deductions | | | | |
|---|---|---|---|---|
| CA Disability | | | 13.74 | 43.10 |
| CA State Tax | | | 1.61 | 10.71 |
| Medicare | | | 19.91 | 62.49 |
| Social Security | | | 85.14 | 267.20 |
| Federal Tax | | | 45.01 | 125.06 |
| Total Tax Deductions | | | 165.41 | 508.56 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Additional Deductions | | |
| Union Local 952 | 0.00 | 90.00 |
| Total Addl Deds | 0.00 | 90.00 |
| Net Pay | 1207.78 | 3711.04 |

Accruals Summary
Sick                    5.00

**Message:**

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX9020 | 1207.78 |
| Net Check | | | 0 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

| | |
|---|---|
| Advice Number: | 0725180833 |
| Advice Date: | 02/16/2018 |

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Stanton, Richard E | Checking | XXXXXX9020 | 122000247 | $1207.78 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**DURHAM SCHOOL SERVICES**

```
CO     FILE #
PCSDGY 000260022
Loc:  Santa Ana, CA
Dept: Santa Ana Drivers & Aides
```

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

Marital Status: Married

Exemptions/Allowances:
  Federal: 03     $0.00
  CA:      03     $0.00

# Earnings Statement

Page 001 of 001
Period Beginning:   02/09/2018
Period Ending:      02/22/2018
Advice Date:        03/02/2018
Advice Number:      0728954225
Batch Number:       180227DGY093

Stanton, Richard E
136 North A St
Tustin, CA 92780

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Standby Cover Hrs | | | 0.00 | 63.73 |
| Retention Bonus | | | 0.00 | 89.00 |
| Meeting Hours | 17.80 | 1.00 | 17.80 | 17.80 |
| Safety Acc Mtg Hrs | 17.80 | 1.00 | 17.80 | 35.60 |
| Sick Hours | 17.80 | 3.32 | 59.10 | 311.86 |
| ROP Hours | 20.30 | 22.07 | 448.06 | 4334.37 |
| **Gross Pay** | | | **542.76** | **4852.36** |

| Tax Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| Social Security | | 33.65 | 300.85 |
| Medicare | | 7.87 | 70.36 |
| CA State Tax | | 0.00 | 10.71 |
| Federal Tax | | 0.00 | 125.06 |
| CA Disability | | 5.42 | 48.52 |
| **Total Tax Deductions** | | **46.94** | **555.50** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Additional Deductions | | |
| Union Local 952 | 45.00 | 135.00 |
| Total Addl Deds | 45.00 | 135.00 |
| **Net Pay** | **450.82** | **4161.86** |

Accruals Summary
Sick                                       1.68

**Message:**

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | XXXXXX9020 | 450.82 |
| Net Check | | | 0 |

© 2002 Automatic Data Processing (PCBUVU)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

**DURHAM SCHOOL SERVICES**

Advice Number:   0728954225
Advice Date:     03/02/2018

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number        Transit ABA         Amount
Stanton, Richard E                   Checking XXXXXX9020   122000247           $450.82

**NON-NEGOTIABLE**



DURHAM SCHOOL SERVICES

CO  FILE #  000000-000000
PCPDGY 000260022

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

Marital Status: Married

Exemptions/Allowances:
    Federal:  03      $0.00
    CA:       03      $0.00

For inquiries on this statement please call: 855-595-HR4U
Total Hours Worked:       62.09
Basis of Pay:             Hourly

# Earnings Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beginning: | 04/06/2018 |
| Period Ending: | 04/19/2018 |
| Advice Date: | 04/27/2018 |
| Advice Number: | 0743865288 |
| Batch Number: | 180424DGY080 |

**Stanton, Richard E**
**136 North A St**
**Tustin, CA 92780**

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Sick Hours | | 0.00 | 0.00 | 311.86 |
| Guaranteed Hours | | 0.00 | 0.00 | 7.13 |
| Meeting Hours | | 0.00 | 0.00 | 17.80 |
| Othr Safe Train Hrs | 17.80 | 1.00 | 17.80 | 17.80 |
| ROP Hours | 20.30 | 60.09 | 1219.92 | 6217.94 |
| Safety Acc Mtg Hrs | 17.80 | 1.00 | 17.80 | 53.40 |
| Standby Cover Hrs | | 0.00 | 0.00 | 63.73 |
| Retention Bonus | | 0.00 | 0.00 | 89.00 |
| **Gross Pay** | | | 1255.52 | 6778.66 |

| Tax Deductions | | | | |
|---|---|---|---|---|
| Federal Tax | | | 33.24 | 158.30 |
| CA Disability | | | 12.56 | 67.79 |
| Social Security | | | 77.85 | 420.28 |
| Medicare | | | 18.20 | 98.29 |
| CA State Tax | | | 0.00 | 10.71 |
| **Total Tax Deductions** | | | 141.85 | 755.37 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Union Local 952 | 0.00 | 180.00 |
| **Total Deductions** | 0.00 | 180.00 |
| **Net Pay** | 1113.67 | 5843.29 |

**Accruals Summary**
| | | |
|---|---|---|
| Sick | 2.00 | 2.48 |

© 2003 Automatic Data Processing (PCSUVD)

---



DURHAM SCHOOL SERVICES

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

Advice Number:    0743865288
Advice Date:      04/27/2018

*** THIS IS NOT A CHECK ***

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Stanton, Richard E | Checking XXXXXX9020 | 122000247 | $1113.67 |